# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. __-cv-_____

LORENZO PHILLIPS, by and through his Guardian/Conservator Anita Deadwyler,

Plaintiff,

vs.

GEICO CASUALTY COMPANY,

Defendant.

_____

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT
_____

TO:   PLAINTIFF AND HIS ATTORNEY OF RECORD:
      Mark J. Jachimiak, Esq.
      Andrew D. Peterson, Esq.
      JACHIMIAK PETERSON, LLC
      1819 Denver West Drive, Suite 265
      Golden, CO 80401

TO:   THE HONORABLE JOHN LAWRENCE WHEELER
      DISTRICT COURT, ARAPAHOE COUNTY, STATE OF COLORADO, DIVISION 21
      7325 South Potomac Street
      Centennial, Colorado 80112

PLEASE TAKE NOTICE that the Defendant herein, GEICO Casualty Company, ("GEICO"), by and through its attorneys, Karen H. Wheeler, and Jami A. Maul of Wheeler Waters, Professional Corporation, hereby file this Notice of Removal to the United States District Court for the District of Colorado of the action brought by Plaintiff Lorenzo Phillips, by and through his Guardian/Conservator Anita Deadwyler, against GEICO in Arapahoe County District Court, Colorado, case number 2018CV30703, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. As grounds therefor, Defendant states as follows:

1.      On March 29, 2018, Defendant was served with a copy of the Summons, Complaint, and Civil Case Cover Sheet in case number 2018CV30703, in the District Court of Arapahoe County, State of Colorado, filed by Plaintiff, Lorenzo Phillips, by and through his Guardian/Conservator Anita Deadwyler, on or about March 26, 2018. *See* **Exhibit A,** Summons; **Exhibit B,** District Court Civil (CV) Cover Sheet for Initial Pleading of Complaint Counter-Claim or Third-Party Complaint; **Exhibit C,** Complaint and Jury Demand; and **Exhibit D,** Affidavit of Service.

2.      This lawsuit arises from Plaintiff Phillips's claim that he was injured in a motor vehicle accident on or about September 1, 2016.  **Exhibit C**, p. 2, ¶¶ 12-13.

3.      Thirty days have not yet expired since March 29, 2018, the date the Complaint was first received by Defendant.  Defendants' notice of removal is therefore timely pursuant to 28 U.S.C. §1441, *et seq*.

4.      Any civil action "brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant…to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5.      This action is removable because the United States District Court for the District of Colorado has original diversity jurisdiction over this action. *See* 28 U.S.C. § 1332(a).

6.      As discussed below, the parties are citizens of different states and the amount in controversy exceeds $75,000.

7.      "For purposes of diversity jurisdiction under 28 U.S.C. § 1332(a)(1), state citizenship

is the equivalent of domicile." *Crowley v. Glaze*, 710 F.2d 676, 678 (10th Cir. 1983).

8. GEICO is a Maryland corporation and its principal place of business is in Chevy Chase, Maryland. *See* **Exhibit C**, p. 1, ¶ 2.

9. A corporation is "deemed to be a citizen of any State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business[.]" 28 U.S.C. § 1332(c)(1).[1]

10. Plaintiff Phillips is a citizen and domicile of Colorado. **Exhibit C**, p. 1 at ¶1.

11. Because Plaintiff Phillips is a citizen of Colorado and GEICO is a citizen of Maryland, the parties are citizens of different states pursuant to 28 U.S.C. § 1332(c)(1).

12. "[D]ocuments that demonstrate plaintiff's own estimation of its claim are a proper means of supporting the allegations in the notice of removal, even though they cannot be used to support the ultimate amount of liability." *McPhail v. Deere & Co.*, 529 F.3d 947, 956 (10th Cir. 2008). An indication on a civil cover sheet that the amount in controversy exceeds $100,000 is sufficient to meet the jurisdictional threshold for removal. *Paros Properties, LLC v. Colorado Casualty Ins. Co.*, 835 F.3d 1264, 1272 (10th Cir. 2016).

13. The amount in controversy exceeds $75,000, exclusive of interest and costs, as reflected by Plaintiff Phillips' Civil Cover Sheet. Plaintiffs, through their counsel, have represented that they are "seeking "[a] monetary judgment over $100,000[.]" *See id.*; 28 U.S.C. § 1446(c)(2)(A)(ii); **Exhibit B**, p. 2.

14. Accordingly, Plaintiff Phillips is clearly estimating the value of his claim to be in

---

[1] Plaintiff's action is not a direct action within the meaning of 28 U.S.C. § 1332(c)(1). *See, e.g., Fortson v. St. Paul Fire and Marine Ins. Co.*, 751 F.2d 1157, 1159 (11th Cir. 1985)(citation omitted).

excess of the jurisdictional threshold of $75,000.

15. Plaintiff asserts the following claims in his Complaint: breach of contract, common law bad faith, and a claim for unreasonable denial pursuant to C.R.S. § 10-3-1115. **Exhibit C.**

16. In Plaintiff's Third Claim for Relief, the statutory claim pursuant to C.R.S. §§ 10-3-1115 and 10-3-1116, Plaintiff also alleges entitlement to "two times the coverage benefits and attorney fees and costs." **Exhibit C** at p. 5, ¶ 44.

17. Because the parties are citizens of different states and the amount in controversy exceeds the sum of $75,000, the district court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1).

18. This action is pending in Arapahoe County District Court, State of Colorado, which is embraced by the United States District Court for the District of Colorado. *See* **Exhibits A-C**; *see also* Fed. R. Evid. 201(b)(1)-(2).

19. Accordingly, this action is removable from Arapahoe County District Court to this Court pursuant to 28 U.S.C. § 1441(a).

20. Pursuant to 28 U.S.C. §§ 1441 and 1446, GEICO hereby gives notice of removal of the action pending against it in Arapahoe County District Court, Colorado, case number 2018CV30703, to the United States District Court for the District of Colorado.

21. Pursuant to 28 U.S.C. §1446(a), copies of all process and pleadings served in this action are attached to this Notice of Removal as **Exhibits A-F**, and include:

    A.    Summons (**Exhibit A**);
    B.    District Court Civil (CV) Cover Sheet for Initial Pleading of Complaint, Counter-Claim or Third-Party Complaint (**Exhibit B**);
    C.    Complaint and Jury Demand (**Exhibit C**);

        D.       Return of Service (**Exhibit D**);

        E.       Delay Reduction Order (**Exhibit E**).

WHEREFORE, Defendant, GEICO Casualty Company, respectfully requests by this Notice, that case number 2018CV30703 pending in the District Court of Arapahoe County, State of Colorado, be removed to the United States District Court for the District of Colorado.

DATED this 19th day of April, 2018.

Respectfully submitted,

s/ *Karen H. Wheeler*
Karen H. Wheeler
Wheeler Waters, P.C.
8400 E. Prentice Ave., Suite 1010
Greenwood Village, Colorado 80111
Telephone: (303) 221-4787
Karen@wheelerwaters.com

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. __-cv-_____

LORENZO PHILLIPS, by and through his Guardian/Conservator Anita Deadwyler,

Plaintiff,

vs.

GEICO CASUALTY COMPANY,

Defendant.

_____

**CERTIFICATE OF SERVICE**
_____

I hereby certify that on April 19th, 2018, I electronically filed the foregoing **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** with the Clerk of Court for filing and uploading to the CM/ECF system and served by U.S. Mail and e-mail to the following:

Mark J. Jachimiak, Esq.
Andrew D. Peterson, Esq.
JACHIMIAK PETERSON, LLC
1819 Denver West Drive, Suite 265
Golden, CO 80401
Telephone: (303) 863-7700
Facsimile: (303) 830-8772
mjachimiak@jpfirm.law
apeterson@jpfirm.law

Attorneys for Plaintiff

s/ *Karen H. Wheeler*
Karen H. Wheeler